# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00663-CR

**Lawrence Ray James Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 427TH JUDICIAL DISTRICT
### NO. D-1-DC-07-204173, HONORABLE JIM CORONADO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to withdraw his notice of appeal. The motion is signed by appellant and counsel and complies with rule 42.2(a). We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2.

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Henson

Dismissed on Appellant's Motion

Filed: May 21, 2010

Do Not Publish